IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 07-274 |
| | ) | |
| JAMAL ELI HARRISON | | |

**ORDER OF COURT**

AND NOW, this 26th day of November, 2007, upon consideration of Defendant's Motion to Amend Conditions of Bond to Allow Defendant to Seek and Maintain Employment, it is hereby ORDERED that the motion is granted and the conditions of defendant's bond are modified to allow him to seek and maintain employment in the Farrell, Pennsylvania area.

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record
    Office of Pretrial Services