```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
          V.                )   Criminal No. 07-274
                            )
JAMAL ELI HARRISON          )
```

### ORDER OF COURT

Upon consideration of Defendant Jamal Eli Harrison's Motion to Amend Conditions of Bond to Eliminate Electronic Monitoring Restriction, it is hereby ORDERED that Mr. Harrison's conditions of bond are modified to eliminate the electronic monitoring restriction imposed.

All other conditions of the Bond remain in place.

_____
Gary L. Lancaster
Chief United States District Judge

DATED: 2-24-2010

cc: Counsel of Record
    U.S. Marshal
    Office of Pretrial Services