```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,   )
                            )
         v.                 ) Criminal No. 07-274
                            )
JAMAL ELI HARRISON,         )
     Defendant.             )

## ORDER

AND NOW, this 11th day of May, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered October 9, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, May 21, 2010 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:

                              s/Gary L. Lancaster          ,C.J.
                              The Honorable Gary L. Lancaster,
                              Chief United States District Judge

cc:   Amy L. Johnston,
      Assistant United States Attorney

      Elisa A. Long,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services